**Rosario DONATO, Plaintiff–Appellant,**

v.

**AMERICAN TELEPHONE AND TELEGRAPH COMPANY, Defendant–Appellee.**

**No. 97–2428.**

United States Court of Appeals, Eleventh Circuit.

March 7, 2000.

Thomas J. Pilacek, Maitland, FL, for Plaintiff–Appellant.

Daniel C. Johnson, Orlando, FL, Sylvia H. Walbolt, Carlton, Fields, Ward, Emmanuel, Smith & Cutler, PA, St. Petersburg, FL, for Defendant–Appellee.

Before ANDERSON, Chief Judge, BLACK, Circuit Judge, and HOEVELER *, Senior District Judge.**

PER CURIAM:

We affirm the district court's dismissal of Appellant's complaint on the basis of the opinion rendered by the Supreme Court of Florida, *Donato v. AT & T Co.*, No. SC93534, 2000 WL 44043 (Fla. Jan. 20, 2000).

AFFIRMED.